IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

     Plaintiff,

  v.

**OLEKSANDR NIKOLAYEVICH DRUZENKO,**
**PATRICIA ANNE EWALT,**
**DARYA CHERNOVA,**
   and
**JAMES DOUGLAS BARDING,**

     Defendants.

No. 12-04041-01/04-CR-C-SRB
No. 13-04026-01/02-CR-C-SRB

## GOVERNMENT'S LIST OF WITNESSES

  COMES NOW the United States of America, by and through Tammy Dickinson, the

United States Attorney for the Western District of Missouri, and provides the following list of

witnesses, who the undersigned attorney for the Government intends to call in the presentation of

its case-in-chief :

   1.  Chester Moyer
      Field Office Director
      Customs Immigration Services
      St. Louis, Missouri

   2.  Carol Sicoli
      District Adjudication Officer (retired)
      Customs Immigration Services
      Kansas City, Missouri

   3.  David Bruggeman
      District Adjudication Officer
      Customs Immigration Services
      Kansas City, Missouri

   4.  Linda Hartman
      Fraud Detection Officer
      Customs Immigration Services
      El Paso, Texas

5.    Yolanda P. Miranda
      Supervisory Immigration Service Officer
      Customs Immigration Services
      El Paso, Texas

6.    Andrew R. Garver
      District Adjudication Officer
      Customs Immigration Services
      Kansas City, Missouri

7.    Daniel J. Byrd
      District Adjudication Officer
      Customs Immigration Services
      Kansas City, Missouri

8.    Sarah D. Bowser
      Fraud Detection Officer
      Customs Immigration Services
      St. Louis, Missouri

9.    Pam Palmquist
      Custodian of Records
      Missouri State Employees Retirement System
      Jefferson City, Missouri

10.   Ralph Brey
      Recorder of Deeds – Cole County
      Jefferson City, Missouri

11.   Genise Buechter
      Recorder of Deeds – Miller County
      Tuscumbia, Missouri

12.   Michelle Higgins
      Recorder of Deeds – Moniteau County
      California, Missouri

13.   Andrew Blattner
      Recorder of Deeds – Cape Girardeau County
      Cape Girardeau, Missouri

14.   Cindy Hoffman
      Recorder of Deeds – Osage County
      Linn, Missouri

2

15. Helias High School
    Custodian of Records
    Jefferson City, Missouri

16. Dawnel Davidson
    Circuit Clerk – Cole County
    Jefferson City, Missouri

17. Missouri Department of Revenue
    Custodian of Records
    Jefferson City, Missouri

18. Custodian of Records
    El Paso County, Texas

19. Patty Phelps
    Custodian of Records
    Nationwide Lending

20. Sam Phillips
    Office of Chief Disciplinary Counsel
    Custodian of Records
    Jefferson City, Missouri

21. Alan Pratzel
    Office of Chief Disciplinary Counsel
    Custodian Records
    Jefferson City, Missouri

22. Leslie "Trey" Lorts
    Jefferson City, Missouri

23. Linda Wallace
    Tenet Health

24. Don Perdue
    Central Bank
    Jefferson City, Missouri

25. Amanda Bollinger
    Central Bank
    Jefferson City, Missouri

3

26. Christine K. Ellinger
    Central Bank
    Jefferson City, Missouri

27. Tammie Corder
    Central Bank
    Jefferson City, Missouri

28. Joyce Meisenheimer
    Central Bank
    Jefferson City, Missouri

29. Twilla Duval
    Central Bank
    Jefferson City, Missouri

30. St. Mary's Hospital
    Custodian of Records
    Jefferson City, Missouri

31. Custodian of Records
    Texas Department of Public Safety
    License and Records Office

32. Custodian of Records
    Providence Memorial Hospital

33. Elizabeth Vargas

34. Tim Dunville
    Jefferson City, Missouri

35. Mary Dunville
    Jefferson City, Missouri

36. Nikki Aberle
    Jefferson City, Missouri

37. Rebecca Ruenegert
    Jefferson City, Missouri

38. Rose Blankenship
    Jefferson City, Missouri

4

39.    Ken Henley
       United States Postal Service
       Jefferson City, Missouri

40.    Roger Bounds
       United States Postal Service
       Jefferson City, Missouri

41.    Jason Yoder
       United States Postal Service
       Jefferson City, Missouri

42.    Ron Berhorst
       Jefferson City, Missouri

43.    Brenda Berhorst
       Jefferson City, Missouri

44.    Steve Dillane
       Jefferson City, Missouri

45.    Debra Bonnard
       Jefferson City, Missouri

46.    Trudy Rockhold
       PTC Laboratories (paternity testing)
       Columbia, Missouri

47.    Karol S. Elias, Ph.D.
       PTC Laboratories (paternity testing)
       Columbia, Missouri

48.    Vonietta E. Trickey
       Jefferson City, Missouri

49.    Oleksandr Druzenko
       Jefferson City, Missouri

50.    S/A Steve Brownlee
       Immigration and Customs Enforcement
       St. Louis, Missouri

43.    Olena Sadova
       Jefferson City, Missouri

5

Note: this list may shorten if stipulations are reached or if pleas result, obviating the need for some witnesses.

Respectfully submitted,

**Tammy Dickinson**
United States Attorney

By              /S/

**Anthony P. Gonzalez**
Assistant United States Attorney
Missouri Bar No. 29922

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 31, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/S/
**Anthony P. Gonzalez**
Assistant United States Attorney

6